Filed 3/2/2017 10:21:48 AM
Susan Anderson
District Clerk,
Marion County, Texas
B. J. Westbrook

NO. 1600185

| | | |
|---|---|---|
| MARY BOYD, et vir<br>JAMES BOYD | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§<br>§ | 276TH / 115TH   JUDICIAL DISTRICT |
| JEFF SLACK, INDIVIDUALLY AND DBA<br>SUPERIOR INVESTMENT HOLDING<br>CO., LLC. | §<br>§<br>§ | MARION COUNTY, TEXAS |

### ORDER OF NONSUIT
### AS TO EARNEST DAYTON JOHNSON
### AND DANIEL WAYNE HENSON ONLY

On the 2nd day of March, 2017, came on to be heard the Motion for Nonsuit of MARY BOYD, et vir JAMES BOYD, Plaintiff herein, concerning its claims against EARNEST DAYTON JOHNSON AND DANIEL WAYNE HENSON, Defendants herein, and the Court, after carefully considering the same, was of the opinion that it was well taken and should be granted.

ACCORDINGLY, it is Ordered, Adjudged, and Decreed that the claims, allegations, and causes of action alleged by the Plaintiff against EARNEST DAYTON JOHNSON AND DANIEL WAYNE HENSON, are hereby dismissed with prejudice.

SIGNED on this the 2nd day of March, 2017.

_____
JUDGE PRESIDING

F:\WP51\PRSNLINJ\Boyd.nonsuit.1wpd.wpd


EXHIBIT A