CAS101                              DOCKET BOOK REPORT                              PAGE    1

CASE # 1600185                        COURT: 276TH DISTRICT COURT
CAUSE: INJURY OR DAMAGE WITH MV                                        03/27/2017
STYLE: MARY BOYD, ET VIR              VS JEFF SLACK, INDIVIDUALLY AND
       JAMES BOYD                        D/B/A SUPERIOR INVESTMENT
                                         HOLDING CO., LLC

                                      PLAINTIFF

NAME                                                    ATTORNEY

BOYD,JAMES                    P

BOYD,MARY                     P
                                              BROWN,THOMAS H
                                              116 N. KILGORE ST
                                              KILGORE, TX. 75662
                                              903-984-0999


                                      DEFENDANT

NAME                                                    ATTORNEY

HENSON,DANIEL W.  (DISMISSED)  D
2444 PR 7200
JEFFERSON, TEXAS 75657

JOHNSON,EARNEST D. (DISMISSED) D
189 DEEP VALLEY DRIVE
JEFFERSON, TEXAS 75657

SLACK,JEFF                    D               SMITH,BRIAN D.
101 SLACK GROUP LANE                          P.O. BOX 1180
MINDEN, LA 71055                              SHREVEPORT, LOUISIANA  71163
                                              318-221-3444

SUPERIOR INVESTMENT HOLDING CO D              SMITH,BRIAN D.
101 SLACK GROUP LANE                          P.O. BOX 1180
MINDEN, LA 71055                              SHREVEPORT, LOUISIANA  71163
                                              318-221-3444


TRANSACTIONS FOR ALL PARTIES                    / /     THRU   / /

| Date | Party | Description | Amount | | |
|------|-------|-------------|--------|---|---|
| 11/18/2016 | BOYD,MARY | PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCOVERY/BJJ | 272.00- | I | 5 |
| 11/18/2016 | BOYD,MARY | CITATION/SUPERIOR INVESTMENT HOLDING CO. LLC /E-FILED TO ATTORNEY FOR SERVICE/BJJ | 8.00- | I | 1 |
| 11/18/2016 | BOYD,MARY | CITATION/JEFF SLACK/E-FILED TO ATTORNEY FOR SERVICE/BJJ | 8.00- | I | 1 |
| 11/21/2016 | BOYD,MARY | PLAINTIFF'S FIRST AMENDED PETITION AND REQUEST FOR DISCOVERY/BJJ | | I | 6 |
| 11/22/2016 | BOYD,MARY | EFILE PMT-PETITION & 2 CITATIONS/SA | 288.00 | | |
| 11/22/2016 | BOYD,MARY | CITATION/DANIEL WAYNE HENSON/E-FILED TO ATTORNEY FOR SERVICE PER INSTRUCTIONS/BJJ | 8.00- | I | 1 |
| 11/22/2016 | BOYD,MARY | CITATION/EARNEST DAYTON JOHNSON/E-FILED TO THE ATTORNEY FOR SERVICE PER INSTRUCTIONS/BJJ | 8.00- | I | 1 |
| 11/25/2016 | BOYD,MARY | EFILE PMT-2 CITATIONS/SA | 16.00 | | |
| 11/30/2016 | BOYD,MARY | REQUEST FOR CITATIONS BY CERTIFIED MAIL/BJJ | | I | 1 |



EXHIBIT
B

A TRUE COPY
ATTEST:
Susan Anderson
DISTRICT CLERK

CAS101                           DOCKET BOOK REPORT                         PAGE    2

CASE # 1600185                    COURT: 276TH DISTRICT COURT              03/27/2017
CAUSE: INJURY OR DAMAGE WITH MV

| Date | Name | Description | Amount | I | # |
|------|------|-------------|--------|---|---|
| 12/01/2016 | BOYD,MARY | RETURN TO COURT/JEFF SLACK/EXECUTED ON 11/30/2016 /BJJ | | I | 1 |
| 12/01/2016 | BOYD,MARY | RETURN TO COURT/SUPERIOR INVESTMENT HOLDING CO./ EXECUTED 11/30/2016/BJJ | | I | 1 |
| 12/01/2016 | BOYD,MARY | RETURN TO COURT/DANIEL WAYNE HENSON/EXECUTED ON 11/30/2016/BJJ | | I | 1 |
| 12/01/2016 | BOYD,MARY | RETURN TO COURT/EARNEST DAYTON JOHNSON/EXECUTED ON 11/30/2016/BJJ | | I | 1 |
| 12/01/2016 | BOYD,MARY | LETTER CANCELLING REQUEST FOR CITATIONS BY CERTIFIED MAIL/BJJ | | I | 1 |
| 12/05/2016 | HENSON,DANIEL W. | DEFENDANT'S ORIGINAL ANSWER/BJJ | | I | 1 |
| 12/05/2016 | BOYD,MARY | COPY REFUND CK #1060-$216.00 PAYABLE TO ATTY BROWN & DC'S LETTER RE: REFUND/SA | | I | 2 |
| 12/07/2016 | JOHNSON,EARNEST D. | DEFENDANT'S ORIGINAL ANSWER/BJJ | | I | 2 |
| 01/05/2017 | SLACK,JEFF | DEFENDANTS' ORIGINAL ANSWER/BJJ | 40.00- | I | 3 |
| 01/09/2017 | SLACK,JEFF | JURY DEMAND/SA | 40.00 | | |
| 02/07/2017 | BOYD,MARY | NOTICE LETTERS/BROWN,SMITH,HENSON,AND JOHNSON/ DOCKET CALL SET FOR 3/1/2017/BJJ | | I | 4 |
| 02/24/2017 | BOYD,MARY | R-11 TO PASS DOCKET CALL SET FOR 3/1/2017/BJJ | | I | 2 |
| 02/28/2017 | BOYD,MARY | MOTION FOR NONSUIT AS TO EARNEST DAYTON JOHNSON AN AND DANIEL WAYNE HENSON ONLY/BJJ | | I | 4 |
| 03/01/2017 | BOYD,MARY | PLAINTIFF'S CERTIFICATE OF WRITTEN DISCOVERY DIRECTED TO DEFENDANT/BJJ | | I | 2 |
| 03/01/2017 | BOYD,MARY | DEFENDANTS' CERTIFICATE OF WRITTEN DISCOVERY DIREC DIRECTED TO PLAINTIFFS/BJJ | | I | 2 |
| 03/02/2017 | BOYD,MARY | ORDER OF NONSUIT AS TO EARNEST DAYTON JOHNSON AND DANIEL WAYNE HENSON ONLY/BJJ | | I | 1 |

A CERTIFIED COPY
ATTEST: SUSAN ANDERSON
DISTRICT CLERK, MARION COUNTY, TEXAS
March 27, 20 17
BY _____
DEPUTY

DISTRICT COURT OF MARION COUNTY, TEXAS

Filed: 11/18/2016 2:05:45 PM
Susan Anderson
District Clerk,
Marion County, Texas

B. J. Westbrook

CAUSE NO. ___1600185___

| | | |
|---|---|---|
| MARY BOYD , et vir<br>JAMES BOYD | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 276th/115th  JUDICIAL DISTRICT |
| | § | |
| JEFF SLACK, INDIVIDUALLY AND DBA | § | |
| SUPERIOR INVESTMENT HOLDING | § | |
| CO, LLC | § | MARION COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT, comes now MARY BOYD et vir JAMES

BOYD, complaining of JEFF SLACK, INDIVIDUALLY AND DBA SUPERIOR INVESTMENT

HOLDING CO, LLC., and for cause of action would show the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.     Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.     PLAINTIFF, Mary Boyd is an individual with her permanent residence in Mt.

Enterprise, Rusk County, Texas.

3.     PLAINTIFF, James Boyd is an individual with his permanent residence in Mt.

Enterprise, Rusk County, Texas.

4.     DEFENDANT, SUPERIOR INVESTMENT HOLDING CO, LLC. is a limited

liability company doing business in Marion County Texas and may be served with process through its

owner Jeff S. Slack at 101 Slack Group Lane, Minden, LA 71055.

5.     DEFENDANT, JEFF SLACK. is an Individual who may be served with process at

101 Slack Group Lane, Minden, LA 71055.

Plaintiff's Original Petition

## JURISDICTION AND VENUE

6.      The subject matter in controversy is within the jurisdictional limits of this Court.

7.      This Court has jurisdiction over this cause of action because it occurred in the State of
Texas and Defendants are doing business in this State and County.

8.      Venue in Marion  County is proper in this cause under Section 15.002(a)(1) of the
Texas  Civil Practice and Remedies Code because all or a substantial part of the events or omissions
giving rise to this lawsuit occurred in this county and the Defendant was doing business in Marion
County, Texas.

## FACTS

9.      PLAINTIFF would show that on or about the 4th day of December, 2014 at
approximately 3:30 p.m., the Plaintiff was riding on a trolley owned and operated by the Defendant .
JEFF SLACK, INDIVIDUALLY AND D/B/A SUPERIOR INVESTMENT HOLDING CO, LLC.,
as a part of the Jefferson, Texas Candlelight Tour of Homes. While on the tour, the trolley operator
attempted to make a turn and struck a brick column and curb which caused the Plaintiff to bounce out
of her seat into the air and land on her hip with her right leg folded under her left leg.  This sudden
and violent collision  caused serious and debilitating personal injuries which will cause and have
caused extreme pain and suffering, mental anguish, lack of physical capacity and impairment,
emotional anguish and suffering, as well as medical expenses and other injuries to Plaintiff MARY
BOYD, both now and in the future. All of these injuries  were proximately caused by the
negligence or other acts of the Defendants and said  damages are far in excess of the minimum
jurisdictional limits of this Court.

## DAMAGES FOR PLAINTIFF
## MARY BOYD

10.     At the time of the collision made the basis of this action, Plaintiff MARY BOYD was struck suddenly, violently, and unexpectedly causing numerous personal injuries to Plaintiff. These injuries have caused physical pain, impairment and mental anguish since the time of said collision and in all medical probability, will continue to cause such pain, impairment and mental anguish in the future.

11.     Because of such injuries, it has been necessary for Plaintiff MARY BOYD to have medical treatment, to be under the care of doctors and to purchase medicines since the time of the collision and in all probability he will continue to require such medical treatment in the indefinite future. In addition, Plaintiff has been unable to perform many of the ordinary, customary tasks of his life since the time of this collision and in all reasonable probability, will continue to suffer some permanent impairment of his ability to perform such tasks in the future.

12.     As a result of the injuries sustained by Plaintiff MARY BOYD, his ability to administer to the needs of herself and her family and to attend to her customary household duties and occupations has been seriously impaired and in all reasonable probability, will continue to be so impaired far into the future, if not for the balance of her natural life, all to her damages and loss in excess of the minimum jurisdictional limits of this Court. Plaintiff, JAMES BOYD has likewise suffered a loss of consortium and property damages as a direct and proximate cause result of this collision, in excess of the minimum jurisdictional limits of this court.

13.     In accordance with Texas law, Plaintiff seeks fair, reasonable and adequate compensation for her damages, past and future, as outlined herein, which Plaintiff alleges to be in

Plaintiff's Original Petition

an amount in excess of $200,000.00 but not more than $500,000.00 and for which Plaintiff sues herein.

14.     Pleading further, Plaintiff would show that the Defendant's conduct violated specific provisions of law which were enacted for the protection of the law abiding public, a class to which the Plaintiff is a member, and by reason thereof, Defendant was negligent in the operation of the trolley as a matter of law, and such negligence singularly or in combination with other acts, was the proximate cause of the occurrence made the basis of Plaintiffs' cause of action.

## REQUEST FOR DISCLOSURE

15.     Plaintiffs, in accordance with the terms and provisions of Rule 194, request Defendant, to within fifty (50) days of service of this request, provide to Plaintiffs' counsel at his address, the information or material described in Rule 194.2(a)-(k).  In the event that items sought cannot be readily copied or photographed or in the event that any of the material are too voluminous for copying, Plaintiffs would request that they be tendered for inspection and copying at the Law Office of Thomas H. Brown, PLLC, 116 N. Kilgore, Texas 75662,  at 10:00 a. m., on the morning fifty (50) days after receipt of this  request.

## REQUESTS FOR PRODUCTION

16.     Defendants are requested to produce all documents, electronic information, and tangible items that the Defendant have in their possession, custody, or control and may use to support their claims or defenses.  For purposes of this request, the phrase "may use to support its claims or defenses" has the same meaning as when that same phrase is used in the context of Fed. R. Civ. P. 23(a)(1)(A)(ii) and Tex. R. Civ. P. 190.2(b)(6).

17.     Defendants are requested to produce the last ten years of contracts and agreements

Plaintiff's Original Petition

with any person or entity in this civil action to the extent that such contracts or agreements pertain to (1) the operation of the trolley and (2) all licensure and training of the Drive of the trolley at the time of the accident.

## JURY DEMAND

18.     The Plaintiffs demand a trial by jury for all issues so triable.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court in an amount in excess of $200,000.00 but not more than $500, 000.00 as set forth herein together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

LAW OFFICE OF THOMAS H. BROWN, PLLC

THOMAS H. BROWN
Texas Bar No. 03175650
116 N. Kilgore Street
Kilgore, TX  75662
Tel. (903) 984-0999
Fax. (903) 984-2697
tombrown@tombrownlaw.com

Attorney for Plaintiffs

Filed:  11/21/2016 4:25:30 PM
Susan Anderson
District Clerk,
Marion County, Texas

B. J. Westbrook

## CAUSE NO. 1600185

| | | |
|---|---|---|
| MARY BOYD , et vir | § | IN THE DISTRICT COURT |
| JAMES BOYD | § | |
| | § | |
| VS. | § | 276th / 115th JUDICIAL DISTRICT |
| | § | |
| JEFF SLACK, INDIVIDUALLY AND DBA | § | |
| SUPERIOR INVESTMENT HOLDING | § | |
| CO, LLC; EARNEST DAYTON JOHNSON | § | |
| AND DANIEL WAYNE HENSON | § | MARION COUNTY, TEXAS |

## PLAINTIFF'S FIRST AMENDED PETITION AND REQUEST FOR DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT, comes now MARY BOYD et vir JAMES

BOYD, complaining of JEFF SLACK, INDIVIDUALLY AND DBA SUPERIOR INVESTMENT

HOLDING CO, LLC., and for cause of action would show the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.    Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.    PLAINTIFF, Mary Boyd is an individual with her permanent residence in Mt.

Enterprise, Rusk County, Texas.

3.    PLAINTIFF, James Boyd is an individual with his permanent residence in Mt.

Enterprise, Rusk County, Texas.

4.    DEFENDANT, SUPERIOR INVESTMENT HOLDING CO, LLC. is a limited

liability company doing business in Marion County Texas and may be served with process through its

owner Jeff S. Slack at 101 Slack Group Lane, Minden, LA 71055.

Plaintiff's Original Petition

5.      DEFENDANT, JEFF SLACK  is an Individual who  may be served with process at 101 Slack Group Lane, Minden, LA 71055.

6.      DEFENDANT, DANIEL WAYNE HENSON is an Individual who may be served with process at 2444 PR 7200, Jefferson, TX 75657.

7.      DEFENDANT, EARNEST DAYTON JOHNSON is an Individual who may be served with process at 189 Deep Valley Drive, Jefferson, TX 75657.

## JURISDICTION AND VENUE

8.      The subject matter in controversy is within the jurisdictional limits of this Court.

9.      This Court has jurisdiction over this cause of action because it occurred in the State of Texas and Defendants are doing business in this State and County.

10.     Venue in Marion  County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county and the Defendant was doing business in Marion County, Texas.

## FACTS

11.     PLAINTIFF would show that on or about the 4th day of December, 2014 at approximately 3:30 p.m., the Plaintiff was riding on a trolley owned by the Defendant JEFF SLACK, INDIVIDUALLY AND D/B/A SUPERIOR INVESTMENT HOLDING CO, LLC., as a part of the Jefferson, Texas Candlelight Tour of Homes. The trolley was being operated by either Defendant, EARNEST DAYTON JOHNSON or Defendant , DANIEL WAYNE HENSON. While on the tour, the trolley operator attempted to make a turn and struck a brick column and curb which caused the Plaintiff to bounce out of her seat into the air and land on her hip with her right leg folded under her left leg. This

sudden and violent collision caused serious and debilitating personal injuries which will cause and have caused extreme pain and suffering, mental anguish, lack of physical capacity and impairment, emotional anguish and suffering, as well as medical expenses and other injuries to Plaintiff MARY BOYD, both now and in the future. All of these injuries were proximately caused by the negligence or other acts of the Defendants and said damages are far in excess of the minimum jurisdictional limits of this Court.

## DAMAGES FOR PLAINTIFF
## MARY BOYD

12.　　At the time of the collision made the basis of this action, Plaintiff MARY BOYD was struck suddenly, violently, and unexpectedly causing numerous personal injuries to Plaintiff. These injuries have caused physical pain, impairment and mental anguish since the time of said collision and in all medical probability, will continue to cause such pain, impairment and mental anguish in the future.

13.　　Because of such injuries, it has been necessary for Plaintiff MARY BOYD to have medical treatment, to be under the care of doctors and to purchase medicines since the time of the collision and in all probability he will continue to require such medical treatment in the indefinite future. In addition, Plaintiff has been unable to perform many of the ordinary, customary tasks of his life since the time of this collision and in all reasonable probability, will continue to suffer some permanent impairment of his ability to perform such tasks in the future.

14.　　As a result of the injuries sustained by Plaintiff MARY BOYD, his ability to administer to the needs of herself and her family and to attend to her customary household duties and occupations has been seriously impaired and in all reasonable probability, will continue to be so impaired far into the future,

if not for the balance of her natural life, all to her damages and loss in excess of the minimum jurisdictional limits of this Court. Plaintiff, JAMES BOYD has likewise suffered a loss of consortium and property damages as a direct and proximate cause result of this collision, in excess of the minimum jurisdictional limits of this court.

15.     In accordance with Texas law, Plaintiff seeks fair, reasonable and adequate compensation for her damages, past and future, as outlined herein, which Plaintiff alleges to be in an amount in excess of $200,000.00 but not more than $500,000.00 and for which Plaintiff sues herein.

16.     Pleading further, Plaintiff would show that the Defendant's conduct violated specific provisions of law which were enacted for the protection of the law abiding public, a class to which the Plaintiff is a member, and by reason thereof, Defendant was negligent in the operation of the trolley as a matter of law, and such negligence singularly or in combination with other acts, was the proximate cause of the occurrence made the basis of Plaintiffs' cause of action.

## REQUEST FOR DISCLOSURE

17.     Plaintiffs, in accordance with the terms and provisions of Rule 194, request Defendants, to within fifty (50) days of service of this request, provide to Plaintiffs' counsel at his address, the information or material described in Rule 194.2(a)-(k). In the event that items sought cannot be readily copied or photographed or in the event that any of the material are too voluminous for copying, Plaintiffs would request that they be tendered for inspection and copying at the Law Office of Thomas H. Brown, PLLC, 116 N. Kilgore, Texas 75662, at 10:00 a.m., on the morning fifty (50) days after receipt of this request.

---

Plaintiff's Original Petition

## REQUESTS FOR PRODUCTION

18.     Defendants are requested to produce all documents, electronic information, and tangible items that the Defendant have in their possession, custody, or control and may use to support their claims or defenses. For purposes of this request, the phrase "may use to support its claims or defenses" has the same meaning as when that same phrase is used in the context of Fed. R. Civ. P. 23(a)(1)(A)(ii) and Tex. R. Civ. P. 190.2(b)(6).

19.     Defendants are requested to produce the last ten years of contracts and agreements with any person or entity in this civil action to the extent that such contracts or agreements pertain to (1) the operation of the trolley and (2) all licensure and training of the Drive of the trolley at the time of the accident.

## JURY DEMAND

20.     The Plaintiffs demand a trial by jury for all issues so triable.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court in an amount in excess of $200,000.00 but not more than $500,000.00 as set forth herein together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Plaintiff's Original Petition

Respectfully submitted,

LAW OFFICE OF THOMAS H. BROWN, PLLC

THOMAS H. BROWN
Texas Bar No. 03175650
116 N. Kilgore Street
Kilgore, TX  75662
Tel. (903) 984-0999
Fax. (903) 984-2697
tombrown@tombrownlaw.com

Attorney for Plaintiffs

Plaintiff's Original Petition

THE STATE OF TEXAS                          1600185
MARION COUNTY
DISTRICT COURT

## CITATION FOR PERSONAL SERVICE

To:  SUPERIOR INVESTMENT
     HOLDING CO., LLC. Owner JEFF S. SLACK
     101 SLACK GROUP LANE
     MINDEN, LA 71055

**NOTICE TO DEFENDANT:**
**YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY
DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY
10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER
YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN
AGAINST YOU.**

        You are hereby commanded to appear by filing a written answer to the petition of plaintiff at or before 10
o'clock a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the
Honorable District Court of Marion County, Texas at the Courthouse of said County in Jefferson, Texas.
        Said petition was filed in said Court on the  18th day of  November, 2016,  in this cause, numbered
1600185  on the docket of said Court and styled:

        MARY BOYD, et vir                VS             JEFF SLACK, INDIVIDUALLY AND
        JAMES BOYD                                      D/B/A SUPERIOR INVESTMENT
                                                        HOLDING CO., LLC

ATTORNEY FOR PLAINTIFF:          THOMAS H BROWN
                                 116 N. KILGORE ST
                                 KILGORE, TEXAS 75662

        The nature of this demand is fully shown by a true and correct copy of the petition, accompanying this
citation and made a part hereof. The Officer executing this citation shall promptly serve the same according to
requirements of law, and mandates thereof, and make due return as the law directs.
        Issued and given under my hand and seal of said Court at Jefferson, Marion County, Texas, this the 18th
day of  November, 2016.

                                        Susan Anderson, District Clerk
                                        Marion County, Texas

                                        By: _____ Deputy

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand this ___ day of _____, 20 ___, and executed at _____,
of _____ at ___ o'clock ___m. on the ___ day of _____, _____, by delivering to the within
named _____, in person, a true copy of this citation together with the accompanying
copy of the petition, and endorsed on said copy of citation the date of delivery.
                                        Sheriff/Constable of _____ County, Texas
                                        By: _____ Deputy
                                        or authorized person: _____

Subscribed and sworn to before me, the undersigned authority, this ___ day of _____, _____.
        _____
        _____
        Notary Public
        Commission Expires: _____

COPY

Filed: 12/1/2016 3:18:17 PM
Susan Anderson
District Clerk
Marion County, Texas

B. J. Westbrook

1600185

THE STATE OF TEXAS
MARION COUNTY
DISTRICT COURT

## CITATION FOR PERSONAL SERVICE

To: JEFF SLACK
101 SLACK GROUP LANE
MINDEN LA 71055

**NOTICE TO DEFENDANT:**
YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY
DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY
10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER
YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN
AGAINST YOU.

You are hereby commanded to appear by filing a written answer to the petition of plaintiff at or before 10
o'clock a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the
Honorable District Court of Marion County, Texas at the Courthouse of said County in Jefferson, Texas.

Said petition was filed in said Court on the 8th day of November, 2016, in this cause, numbered
1600185 on the docket of said Court and styled:

MARY BOYD, et vir,                    VS                JEFF SLACK, INDIVIDUALLY AND
JAMES BOYD                                                D/B/A SUPERIOR INVESTMENT
                                                          HOLDING CO., LLC

ATTORNEY FOR PLAINTIFF:    THOMAS H BROWN
                           116 N. KILGORE ST.
                           KILGORE, TEXAS 75662

The nature of this demand is fully shown by a true and correct copy of the petition, accompanying this
citation and made a part hereof. The Officer executing this citation shall promptly serve the same according to
requirements of law, and mandates hereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Jefferson, Marion County, Texas this the 18th
day of November, 2016.

Susan Anderson, District Clerk
Marion County, Texas

By: _____

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand this 28 day of Nov  20 16 and executed at _____ Land Of.  Marion County
of _____ at _____ o'clock P.m. on the 30 day of Nov  20 16 by delivering to the within
named _____ Jeff Slack  in person, a true copy of this citation, together with the accompanying
copy of the petition, and endorsed on said copy of citation the date of delivery.

Sheriff/Constable of _____ County, Texas
By: _____ Deputy
or authorized person: _____

Subscribed and sworn to before me the undersigned authority, this 1 day of _____ Decem  2016
_____ Shreveport Caddo Parish Louis 71104 _____

Notary Public _____
Commission Expires: _____

11-30-16

## RETURN TO COURT

Filed: 12/1/2016 3:18:17 PM
Susan Anderson
District Clerk
Marion County, Texas

B. J. Westbrook

1600185

THE STATE OF TEXAS
MARION COUNTY
DISTRICT COURT

## CITATION FOR PERSONAL SERVICE

To: SUPERIOR INVESTMENT
HOLDING CO., LLC Owner JEFF S. SLACK
101 SLACK GROUP LANE
MINDEN, LA 71055

NOTICE TO DEFENDANT:
YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY
DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY
10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER
YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN
AGAINST YOU.

You are hereby commanded to appear by filing a written answer to the petition of plaintiff at or before 10
o'clock a.m. on the Monday next after the expiration of twenty days after the date of service of this citation before the
Honorable District Court of Marion County, Texas at the Courthouse of said County in Jefferson, Texas.
Said petition was filed in said Court on the 18th day of November, 2016, in this cause, numbered
1600185 on the docket of said Court and styled:

MARY BOYD, et vir                VS                JEFF SLACK, INDIVIDUALLY AND
JAMES BOYD                                          D/B/A SUPERIOR INVESTMENT
                                                    HOLDING CO., LLC

ATTORNEY FOR PLAINTIFF          THOMAS H. BROWN
                                116 N. KILGORE ST.
                                KILGORE, TEXAS 75662

The nature of this demand is fully shown by a true and correct copy of the petition accompanying this
citation and made a part hereof. The Officer executing this citation shall promptly serve the same according to
requirements of law, and mandates thereof, and make due return as the law directs.
Issued and given under my hand and seal of said Court at Jefferson, Marion County, Texas, this the 18th
day of November, 2016.

Susan Anderson, District Clerk
Marion County, Texas

By: _____

OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand this 28 day of Nov 20 16 and executed at 10 Slack G Lane within the County
of Nou at 8 o'clock Am on the 30 day of Nou 2016 by delivering to the within
named Kimberly McCoy in person a true copy of this citation together with the accompanying
copy of the petition, and endorsed on said copy of citation the date of delivery
                                                    Sheriff/Constable of _____ County, Texas
                                                    By _____ Deputy

or authorized person:
Subscribed and sworn to before me, the undersigned authority this 3 day of December 2016
in Shreveport Caddo Parish Louisiana
_____
Notary Public
Commission Expires: on draft

## RETURN TO COURT

Turner & Associates
2800 Youree Drive

Filed: 12/1/2016 3:18:17 PM
Susan Anderson
District Clerk,
Marion County, Texas

B. J. Westbrook

1600185

THE STATE OF TEXAS
MARION COUNTY
DISTRICT COURT

## CITATION FOR PERSONAL SERVICE

To: DANIEL WAYNE HENSON
2444 FR 7200
JEFFERSON, TEXAS 75657

NOTICE TO DEFENDANT:
YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY
DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY
10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER
YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN
AGAINST YOU.

You are hereby commanded to appear by filing a written answer to the petition of plaintiff at or before 10
o'clock a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the
Honorable District Court of Marion County, Texas at the Courthouse of said County in Jefferson, Texas.
Said first amended petition was filed in said Court on the 21th day of November, 2016, in this cause,
numbered 1600185 on the docket of said Court and styled:

MARY BOYD, et vir                    VS                    JEFF SLACK, INDIVIDUALLY AND
JAMES BOYD                                                 D/B/A SUPERIOR INVESTMENT
                                                           HOLDING CO., LLC

ATTORNEY FOR PLAINTIFF:         THOMAS H BROWN
                                116 N. KILGORE ST
                                KILGORE, TEXAS 75662

The nature of this demand is fully shown by a true and correct copy of the petition, accompanying this
citation and made a part hereof. The Officer executing this citation shall promptly serve the same according to
requirements of law, and mandates thereof, and make due return as the law directs.
Issued and given under my hand and seal of said Court at Jefferson, Marion County, Texas, this the 22nd
day of November, 2016.

Susan Anderson, District Clerk
Marion County, Texas

By _____ Deputy

OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand this ___ day of _November___, 20___, and executed at _Grackle St__ at Jefferson W. Jot__ within the County
of _Marion___ at _1:00_ o'clock _p_.m. on the _30_ day of _November___, 20___ by delivering to the within
named _Daniel Wayne Henson_ in person, a true copy of this citation together with the accompanying
copy of the petition, and endorsed on said copy of citation the date of delivery.
                                        Sheriff/Constable of _____ County, Texas
                                        By _____ Deputy
                                        or authorized person: _Jeffery Bonner SCH 12383_

Subscribed and sworn to before me, the undersigned authority, this ___ day of _____

_____
Notary Public
Commission Expires: _____

VICTORIA GROCE
NOTARY PUBLIC
STATE OF TEXAS
ID # 12881893-91
My Comm. Expires 12-05-2019

RETURN TO COURT

Filed: 12/1/2016 3:18:17 PM
Susan Anderson
District Clerk,
Marion County, Texas

B. J. Westbrook

1600185

THE STATE OF TEXAS
MARION COUNTY
DISTRICT COURT

CITATION FOR PERSONAL SERVICE

To: EARNEST DAYTON JOHNSON
189 DEEP VALLEY DRIVE
JEFFERSON, TEXAS 75657

NOTICE TO DEFENDANT:
YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY
DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY
10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER
YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN
AGAINST YOU.

You are hereby commanded to appear by filing a written answer to the petition of plaintiff at or before 10
o'clock a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the
Honorable District Court of Marion County, Texas at the Courthouse of said County in Jefferson, Texas.
Said first amended petition was filed in said Court on the 21th day of November, 2016, in this cause,
numbered 1600185 on the docket of said Court and styled:

MARY BOYD, et vir                     VS                JEFF SLACK, INDIVIDUALLY AND
JAMES BOYD                                               D/B/A SUPERIOR INVESTMENT
                                                         HOLDING CO. LLC

ATTORNEY FOR PLAINTIFF:        THOMAS H BROWN
                              116 N. KILGORE ST.
                              KILGORE, TEXAS 75662

The nature of this demand is fully shown by a true and correct copy of the petition, accompanying this
citation and made a part hereof. The Officer executing this citation shall promptly serve the same according to the
requirements of law and mandates thereof, and make due return as the law directs.
Issued and given under my hand and seal of said Court at Jefferson, Marion County, Texas the 22nd
day of, November, 2016.

Susan Anderson, District Clerk
Marion County Texas

By _____

OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand this 28 day of November, 2016, and executed at 189 Deep Valley Dr. within the County
of Marion at 12:00 o'clock P.m. on the 30 day of November, 2016, by delivering to the within
named Earnest Dayton Johnson in person a true copy of this citation together with the accompanying
copy of the petition, and endorsed on said copy of citation the date of delivery.

Sheriff/Constable of _____ County, Texas
By _____ Deputy
or authorized person Jeffrey Bonner SCH 12383

Subscribed and sworn to before me, the undersigned authority, this ___ day of _____

Notary Public
Commission Expires _____

VICTORIA GRICE
NOTARY PUBLIC
STATE OF TEXAS
ID # 128818939
My Comm. Expires 12-05-2019

RETURN TO COURT

Filed:  1/5/2017 3:27:41 PM
Susan Anderson
District Clerk,
Marion County, Texas

B. J. Westbrook

CAUSE NO. 1600185

| | |
|---|---|
| MARY BOYD, et vir<br>JAMES BOYD | IN THE DISTRICT COURT |
| VERSUS | 276TH/115TH JUDICIAL DISTRICT |
| JEFF SLACK, INDIVIDUALLY AND DBA<br>SUPERIOR INVESTMENT HOLDING<br>CO., LLC; EARNEST DAYTON JOHNSON<br>AND DANIEL WAYNE HENSON | MARION COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER

DEFENDANTS, JEFF SLACK, and SUPERIOR INVESTMENTS HOLDING CO.,
LLC, file this Original Answer to Plaintiffs MARY BOYD and JAMES BOYD's Original
Petition.

A.      The last three digits of defendant JEFF SLACK's driver's license number are
020 and of his Social Security Number are 020.

B.      Defendant SUPERIOR INVESTMENTS HOLDING CO., LLC  is a Louisiana
domiciled LLC and has not been issued a driver's license number or Social
Security Number.

## GENERAL DENIAL

1.      Defendants general deny the allegations in Plaintiffs' Original Petition.

## OTHER DEFENSES

2.      Defendants are not liable to plaintiffs because plaintiff's own acts or omissions
proximately caused or contributed to plaintiff's injury.

## JURY DEMAND

3.      Defendants demand a jury trial and tenders the appropriate fee with this answer.

## REQUEST FOR DISCLOSURE

4.      Under Texas Rules of Civil Procedure 194, defendants request that plaintiffs disclose, within 30 days of the service of this request, the information or material described in Rile 194.2.

## OBJECTION TO ASSOCIATE JUDGE

5.      Defendants object to the referral of this case to an associate judge for hearing a trial on the merits or presiding at a jury trial.

## PRAYER

6.      For these reasons, defendants ask the Court to dismiss this suit, render judgment that plaintiffs take nothing, assess costs against plaintiffs, and award defendants all other relief to which defendant is entitled.

CASTEN & PEARCE, APLC

P.O. Box 1180                      By:      _____/s/Brian D. Smith_____
Shreveport, Louisiana 71163                 Brian D. Smith, Texas Bar No. 0788848
Telephone: (318) 221-3444                   ATTORNEYS FOR DEFENDANTS,
Facsimile: (318) 221-8811                   JEFF SLACK AND SUPERIOR INVESTMENTS
bsmith@castenandpearce.com                  HOLDING CO., LLC

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing has this day been forwarded

to all counsel of record via e-mail, facsimile and/or by placing same in the United States

Mail properly addressed, and adequate postage paid thereon.

Shreveport, Louisiana this the 5th day of January, 2017.



          _____/s/Brian D. Smith_____
                    OF COUNSEL