UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARY BOYD, ET VIR JAMES BOYD | CIVIL ACTION NO. 2:17-CV-00234 |
| VERSUS | JUDGE RODNEY GILSTRAP |
| JEFF SLACK, INDIVIDUALLY AND DBA SUPERIOR INVESTMENT HOLDING CO., LLC; EARNEST JOHNSON AND DANIEL WAYNE HENSON | MAGISTRATE JUDGE PAYNE |

## STIPULATION OF SETTLEMENT

NOW COME plaintiffs, MARY BOYD and JAMES BOYD, and defendant, JEFF SLACK, INDIVIDUALLY AND DBA SUPERIOR INVESTMENT HOLDING CO., LLC, through undersigned counsel, and suggest to the Court that the above-numbered and titled action has been settled by compromise; and that plaintiffs and defendant request thirty (30) days for entry of dismissal documents.

Respectfully submitted,

**LAW OFFICE OF THOMAS H. BROWN, PLLC**

By: /s/ Thomas H. Brown
Thomas H. Brown, Tx Bar No. 03175650
ATTORNEYS FOR PLAINTIFFS

116 N. Kilgore Street
Kilgore, Texas 75662
Telephone: (903) 984-0999
Facsimile: (903) 984-2697
tombrown@tombrownlaw.com

**CASTEN & PEARCE, APLC**

P.O. Box 1180
Shreveport, Louisiana 71163
Telephone: (318) 221-3444
Facsimile: (318) 221-8811
bsmith@castenandpearce.com

By: _____/s/Brian D. Smith_____
Brian D. Smith, Texas Bar No. 0788848
ATTORNEYS FOR DEFENDANT,
JEFF SLACK, INDIVIDUALLY AND DBA
SUPERIOR INVESTMENTS HOLDING CO., LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARY BOYD, ET VIR JAMES BOYD | CIVIL ACTION NO. 2:17-CV-00234 |
| VERSUS | JUDGE RODNEY GILSTRAP |
| JEFF SLACK, INDIVIDUALLY AND DBA SUPERIOR INVESTMENT HOLDING CO., LLC; EARNEST JOHNSON AND DANIEL WAYNE HENSON | MAGISTRATE JUDGE PAYNE |

## CERTIFICATE OF SERVICE

I do hereby certify that on the _____ day of May, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/Brian D. Smith
　　　　　　　　　　　　　　　　　　　　　　　　　Brian D. Smith