UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARY BOYD, ET VIR<br>JAMES BOYD | CIVIL ACTION NO. 2:17-CV-00234 |
| VERSUS | JUDGE RODNEY GILSTRAP |
| JEFF SLACK, INDIVIDUALLY<br>AND DBA SUPERIOR INVESTMENT<br>HOLDING CO., LLC; EARNEST<br>JOHNSON AND DANIEL WAYNE<br>HENSON | MAGISTRATE JUDGE PAYNE |

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiffs, MARY BOYD and JAMES BOYD, and defendant, JEFF SLACK, INDIVIDUALLY AND DBA SUPERIOR INVESTMENTS HOLDING CO., INC., LLC, who move the Court to enter herein an appropriate Order dismissing, with prejudice, this entire suit against JEFF SLACK, INDIVIDUALLY AND DBA SUPERIOR INVESTMENTS HOLDING CO., INC., LLC, with each party paying its own court costs.

Respectfully submitted,

**LAW OFFICE OF THOMAS H. BROWN, PLLC**

By:  /s/ Thomas H. Brown
Thomas H. Brown, Tx Bar No. 03175650
ATTORNEYS FOR PLAINTIFFS

116 N. Kilgore Street
Kilgore, Texas 75662
Telephone: (903) 984-0999
Facsimile: (903) 984-2697
tombrown@tombrownlaw.com

**CASTEN & PEARCE, APLC**

By:    /s/Brian D. Smith
Post Office Box 1180                Brian D. Smith, La. Bar No. 12151
Shreveport, Louisiana 71163     ATTORNEYS FOR DEFENDANT
Telephone : (318) 221-3444
Facsimile  : (318) 221-8811
tcasten@castenandpearce.com
bsmith@castenandpearce.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARY BOYD, ET VIR JAMES BOYD | CIVIL ACTION NO. 2:17-CV-00234 |
| VERSUS | JUDGE RODNEY GILSTRAP |
| JEFF SLACK, INDIVIDUALLY AND DBA SUPERIOR INVESTMENT HOLDING CO., LLC; EARNEST JOHNSON AND DANIEL WAYNE HENSON | MAGISTRATE JUDGE PAYNE |

### CERTIFICATE OF SERVICE

I do hereby certify that on the 4th day of October, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

                                          /s/Brian D. Smith
                                          Brian D. Smith