UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

MARY BOYD, ET VIR
JAMES BOYD

V.                                                          NO. 2:17-CV-00234-JRG-RSP

JEFF SLACK, INDIVIDUALLY
AND DBA SUPERIOR INVESTMENT
HOLDING CO., LLC; EARNEST
JOHNSON AND DANIEL WAYNE
HENSON

## ORDER

IT IS HEREBY ORDERED that this entire suit be and it is hereby dismissed against

defendant, JEFF SLACK, INDIVIDUALLY AND DBA SUPERIOR INVESTMENTS

HOLDING CO., INC., LLC, with prejudice, with each party paying its own court costs.

**SIGNED this 6th day of October, 2017.**


_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE